IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANIEL L. VESLEY,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     Civil Action No. 3:09CV827–HEH
                                 )
E.S. GENTRY, *et al.*,           )
                                 )
    Defendants.                  )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on January 21, 2010, the Court conditionally docketed Plaintiff's action. The January 21, 2010 Memorandum Order informed Plaintiff that he must immediately advise the Court in the event he is transferred, released, or otherwise relocated while the action is pending. By Memorandum Order entered on May 7, 2012 the Court noted that Plaintiff had not contacted the Court since September 6, 2011. Accordingly, the May 7, 2012 Memorandum Order informed Plaintiff that he must contact the Court within eleven (11) days of the date of entry thereof if he wished to continue to prosecute the action. The Court warned Plaintiff that if he failed to respond to that Memorandum Order the action would be dismissed.

On May 14, 2012, the United States Postal Service returned the May 7, 2012 Memorandum Order to the Court marked, "RETURNED TO SENDER FORWARDING TIME EXPIRED." Plaintiff's failure to contact the Court and provide a current address

indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b).

Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                                  HENRY E. HUDSON

Date: Jun 14, 2012
                                  UNITED STATES DISTRICT JUDGE
Richmond, Virginia